| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Matthew Grimshaw<br>Marshack Hays LLP<br>870 Roosevelt Avenue<br>Irvine, CA 92620<br><br>949-333-7777<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>Osseous Technologies of America Inc<br><br><br>Debtor(s). | CASE NO.: 8:13-bk-14500-SC<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 8:15-ap-01347-SC |
|---|---|
| Richard A. Marshack<br><br>Plaintiff(s)<br>Versus<br><br>Travel Store<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **09/21/2015.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

    **Date:**          **November 5, 2015**
    **Time:**         **10:00 AM**
    **Hearing Judge:**  **Scott C Clarkson**
    **Location:**       **411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                    Page 1           **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: August 21, 2015

By: _____"s/" James Le_____

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012     Page 2     **F 7004–1.SUMMONS.ADV.PROC**

Case 8:15-ap-01347-SC Doc 2-1 Filed 08/21/15 Entered 08/21/15 18:03:10 Desc
AP-Summons Page 2 of 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **(1) COMPLAINT FOR AVOIDANCE, RECOVERY, AND PRESERVATION OF PREFERENTIAL, FRAUDULENT, AND UNAUTHORIZED POST-PETITION TRANSFER; (2) ORDER RE: RULE 26(f) MEETING, INITIAL DISCLOSURES, AND SCHEDULING CONFERENCE; (3) ADVERSARY PROCEEDING COVER SHEET; AND (4) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 25, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR TRUSTEE,** Matthew Grimshaw    mgrimshaw@marshackhays.com, ecfmarshackhays@gmail.com
- **TRUSTEE,** Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- **U.S. TRUSTEE,** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 25, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Defendant**
Travel Store
Attn: CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process for Travel Store
11601 Wilshire Blvd., Suite 300
Los Angeles, CA 90025

**Defendant**
Travel Store
Attn: Osvaldo Alberto Ramos, Agent for Service of Process, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process for Travel Store
11740 Sunset Blvd., #25
Los Angeles, CA 90049

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 25, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery – August 26, 2015
PRESIDING JUDGE'S COPY
Bankruptcy Judge Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**
290754v1/1028-024.11